**Dismissed and Memorandum Opinion filed August 29, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00505-CR

**ELIZER LAMPADIO LLANERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1847013**

## MEMORANDUM OPINION

Appellant entered a guilty plea to the charge of failure to stop and render aid involving serious bodily injury. *See* Tex. Penal Code Ann. §§ 550.021, .023. The trial court assessed punishment at confinement for 7 years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On August 1, 2024, this court notified the parties that the appeal would be dismissed for want of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)